TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00433-CV






Tam Doan Minh, Appellant


v.


Tsegaye Chernet and Egegayehu Chernet, Appellees







FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 247,168, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING




O R D E R


PER CURIAM

 The Court has refrained from enforcing the appellate deadlines based on
representations that the parties were near settlement. The Court has been informed that the
negotiations have stalled.

 Accordingly, the clerk's record and reporter's record are due on March 17, 2003. 
Briefing deadlines will be based on the date the records are filed. See Tex. R. App. P. 38.6.

 It is ordered February 21, 2003.


Before Justices Kidd, Yeakel and Patterson

Do Not Publish